**Rafael ESPINOZA–CAMPOS; et al., Petitioners,**

v.

**John D. ASHCROFT, Attorney General, Respondent.**

No. 01–71334.

INS Nos. A74–334–398, A74–334–399.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 12, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Rafael Espinoza–Campos and his wife Maria Urbana Medina De Espinoza, natives and citizens of Mexico, petition for review of an order of the Board of Immigration Appeals ("BIA") finding them removable. We have jurisdiction under 8 U.S.C. § 1252. We review de novo a constitutional challenge to the BIA's application of a federal statute. *Ram v. INS,* 243 F.3d 510, 516 (9th Cir.2001). We deny the petition.

Petitioners' contention that the Illegal Immigration Reform and Immigrant Responsibility Act's permanent rules are impermissibly retroactive when applied to

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

them is foreclosed by our decision in *Jimenez–Angeles v. Ashcroft,* 291 F.3d 594, 602 (9th Cir.2002).

PETITION DENIED.

---

\* The panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.